■ In the Matter of ALBERT PEARSON, Petitioner, v. STATE LIQUOR AUTHORITY, Respondent.— Proceeding pursuant to article 78 of the CPLR to review respondent's determination dated January 12, 1967, which suspended petitioner's summer beer license for 20 days and demanded payment of $500 on petitioner's bond, with the suspension temporarily deferred upon payment of the bond demand. Determination modified, on the law, by reducing the bond demand to $100, and confirmed as so modified, without costs. No questions of fact were considered. In our opinion, under the circumstances herein,

the imposition of a bond demand for more than $100, in addition to the suspension of the license, was not warranted. Brennan, Acting P. J., Rabin, Hopkins, Benjamin and Kleinfeld, JJ., concur.